# EXHIBIT A

January 9, 2023

Honorable R. Gary Klausner, District Judge
Roybal Federal Building and U.S Courthouse
255 East Temple St.
Los Angeles, CA 90012

Regarding: Babak Broumand – Request for Leniency at Sentencing

Dear Honorable Judge Klausner,

My name is Frank Montoya, Jr. and I am writing to request leniency in the sentencing of Babak Broumand.

Babak is not only a friend of mine, but in years past he was also a trusted colleague. From 2009 to 2011, he worked for me when I was the Assistant Special Agent in Charge for Counterintelligence in the FBI's San Francisco Field Office. His efforts on behalf of the FBI, the US Intelligence Community (USIC), and our country in that time period were exceptional.

I cannot explain in any detail the nature of his successes—the Classified Information Procedures Act (CIPA) notwithstanding—but suffice to say their benefit to US national security were significant. That was not only evident during my time in San Francisco, but as I continued to rise through the ranks of the FBI and the USIC.

Even as a Special Agent in Charge of two FBI field offices, and as the Director of the National Counterintelligence Executive, the senior-most counterintelligence agency in the US government, I not only continued to appreciate Babak's skills, temperament, loyalty, and determination, but sought those qualities in others with whom I worked to protect our country against intelligence threats from hostile nation states. I knew, with men and women like him on watch, that our country would be safe.

Certainly, like many of my colleagues, I was troubled when I heard about Babak's misdeeds. They were not the actions of the man I knew. Nor do I excuse them. There should be consequences for breaking the law, especially amongst

those who occupy positions of trust. And I expect Babak knows that as well as anyone who served and will suffer his punishment with the courage and dignity he exhibited when he worked for me in tough and dangerous places around the world, often with little to protect him but his own wits.

Indeed, for that reason alone, I would ask for your leniency. The kind of work Babak did, often in the shadows of a gray and treacherous world, frequently has a debilitating impact on those who do it. Knowing where to draw the line and when to return to reality can become an exceedingly difficult task when your very life depends on an ability to live a lie. Even when you are home and safe, it can be challenging, especially in a zero-defect world that sometimes views moral frailty itself as a criminal act.

I do not say this to excuse Babak's criminal acts, but I do offer it as an explanation. One which tempers my disappointment in what he did. And one, I hope, will temper Your Honor's as you contemplate his punishment.

Sincerely,

Frank Montoya, Jr
FBI, retired