# EXHIBIT  B







Broumand







Broumand





Broumand

Broumand



Broumand





Broumand



Broumand





Broumand







Broumand



Case 2:20-cr-00224-RGK   Document 277-3   Filed 02/13/23   Page 16 of 16   Page ID
#:2999



Broumand